IN THE DISTRICT COURT IN AND FOR
THE DISTRICT OF MINNESOTA
SIXTH DIVISION – FERGUS FALLS

CASE NO. 0:15−cv−02796−ADM−LIB

CARRIE KORTE,

    Plaintiff,

v.

EXETER FINANCE CORP.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the District of Minnesota, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

                Respectfully submitted,
                **CARRIE KORTE**

                /s/ JD Haas
                JD Haas, Esq., # AT0003014
                JD HAAS AND ASSOCIATES, PLLC
                Attorneys for Plaintiff
                9801 Dupont Ave. South, Suite 430

> Bloomington, MN 55431
> Telephone: (952) 345-1025
> Facsimile: (952) 854-1665
> Email: jdhaas@consumerlawinfo.com
> JDHaas@consumerlawinfo.com

## **CERTIFICATE OF SERVICE**

I certify that on February 17, 2016, I electronically filed the foregoing document with the clerk of the U.S. District Court, District of Minnesota, Sixth Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on July 21, 2010 to:

Steven M Sitek
Bassford Remele
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
ssitek@bassford.com

Zachary Miller
Burr & Forman, LLP
Nashville City Center
511 Union Street, Suite 2300
Nashville, TN 37219
zmiller@burr.com

> s/ JD HAAS
> JD HAAS