**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carrie Korte,

            Plaintiff,

v.

Exeter Finance Corp.,

           Defendant.

Civil No. 15-CV-02796 (ADM/LIB)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal With Prejudice of the parties (ECF No. 31), it is hereby ordered:

That the above-entitled action is hereby dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 24, 2016        s/Ann D. Montgomery
                                         Ann D. Montgomery
                                         Judge of United States District Court