# UNITED STATES DISTRICT COURT
## District of Minnesota

Carrie Korte

                Plaintiff,

v.

Exeter Finance Corp.

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-2796 ADM/LIB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled action is hereby dismissed with prejudice and without costs to either party.

Date: 3/25/16

RICHARD D. SLETTEN, CLERK

s/A. Linner

(By)                 A. Linner, Deputy Clerk